**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

ROGER SHIRLEY,                )
                              )
        Plaintiff,            )
                              )
vs.                           )        CV-99-PT-0022-M
                              )
LT. PATRICK, et al.,          )
                              )
        Defendants.           )

<u>**MEMORANDUM OF OPINION**</u>

The magistrate judge filed a report and recommendation on September 14, 2001, recommending that the defendants' motion for summary judgment be granted in part and denied in part. Specifically, the magistrate judge recommended: (1) that defendant Brickie's motion for summary judgment as to all of the plaintiff's claims be **GRANTED**; (2) that the motion for summary judgment be **DENIED** as to the excessive force and conspiracy claims against Pickett, Wilkins, Malone, and Patrick and **GRANTED** as to the self-incrimination and due process claims against them; and (3) that the motion for summary judgment be **DENIED** as to the failure to protect claims against Malone, Patrick, and Wilkins. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**.

The court **EXPRESSLY FINDS** that there are no genuine issues of material fact with regard to plaintiff's claims against defendant Brickie and she is entitled to judgment as a matter of law.

Accordingly, defendant Brickie's motion for summary judgment is due to be **GRANTED** and these claims are due to be **DISMISSED WITH PREJUDICE**.

The court **EXPRESSLY FINDS** that there are no genuine issues of material fact as to plaintiff's claims of self-incrimination and due process violations against Pickett, Wilkins, Malone, and Patrick.  Accordingly, defendants Pickett, Wilkins, Malone, and Patrick's  motion for summary judgment is due to be **GRANTED IN PART** and these claims are due to be **DISMISSED WITH PREJUDICE**.

Additionally, the court finds that there are material issues of fact as to the excessive force and conspiracy claims against Pickett, Wilkins, Malone, and Patrick. As such, the motion for summary judgment is due to be **DENIED** as to the excessive force and conspiracy claims.

Further, there are material issues of fact with regard to plaintiff's claims that Malone, Patrick, and Wilkins failed to protect him. As such, defendants Malone, Patrick, and Wilkins' motion for summary judgment is due to be **DENIED**.

This issue is due to be **REFERRED** to United States Magistrate Judge John E. Ott  for further proceedings.

An appropriate order will be entered.

**DONE** this the __18 day of ___Oct__, 2001.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

2