**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

02 MAR 26  AM 10: 01

N.D. OF ALABAMA

| | | |
|---|---|---|
| ROGER SHIRLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-99-PT-0022-M |
| | ) | |
| LIEUTENANT PATRICK, SERGEANT | ) | |
| PICKETT, SERGEANT MALONE, OFFICER | ) | |
| WILKINS, and MS. BRICKEY, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTERED**

**MAR 26 2002**

## MEMORANDUM OF OPINION

The parties have notified the Court that they have reached an agreement. After careful consideration of same, this Court is of the opinion that same is due to be ACCEPTED. Accordingly, all claims against the named Defendants and the Alabama Department of Corrections and/or its employees arising out of the September 10, 1998, incident which forms the basis of the Plaintiff's claims are due to be DISMISSED WITH PREJUDICE in conjunction with the following agreement of the parties:

1. The Defendants shall pay or cause to be paid to the Plaintiff the sum of Five Thousand Dollars ($5000.00). Said sum shall be made payable to Plaintiff's counsel of record, Ms. Gayle Gear, Post Office Box 590146, Birmingham, Alabama 35259.

2. The Defendants shall pay or cause to be paid to the Plaintiff's counsel of record the sum of One Thousand Three Hundred and Ten Dollars ($1310.00) for attorney's fees and legal assistance fees.

37

3. The stipulation by Defendants, Ron Jones, Jimmy Patrick, Earl Pickett, Gary Malone, Ples Wilkins and Denise Brickie to dismissal of this action does not constitute an admission of liability for violations of the Plaintiff's constitutional rights, and the Defendants expressly deny same.

A final order shall be entered contemporaneously herewith.

DONE on this the ____ day of ____, 2002.

ROBERT B. PROPST
SENIOR JUDGE

2